BOROUGH OF SEA BRIGHT v. GERALD D. CRANMER.

September 21, 1971. Petition for certification denied.

LOUIS J. RIVELL v. CIVIL SERVICE COMMISSION, *ET AL.*

September 21, 1971. Petition for certification denied. (See 115 *N. J. Super.* 64)

MILDRED S. ZUCKER v. CARL G. WEISENFELD, *ET AL.*

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR WRIGHT, JR.

September 21, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. NATHANIEL WADE.

September 21, 1971. Petition for certification denied. (See 114 *N. J. Super.* 388)

STATE OF NEW JERSEY v. VIRGILIO HERNANDEZ.

September 21, 1971. Petition for certification denied.